# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., *et al.*[1], | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| MOON GROUP, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 21-51176 (CSS) |
| v. | ) | |
| | ) | |
| KORE Capital Corporation, | ) | **Related Docket No. 10** |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

The following amended scheduling order (the "Scheduling Order") shall govern the proceedings in this adversary proceeding.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file an amended complaint by no later than October 26, 2021.

2. The Defendant shall file its answer to the amended complaint together with a counterclaim related to its claims for fees and expenses by no later than November 9, 2021.

3. The Plaintiffs shall file their answer to Defendant's counterclaim by no later than ten days after the Defendant files its answer and counterclaim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

4.	By agreement of the Plaintiffs and Defendant, the Official Committee of Unsecured Creditors is hereby permitted to intervene in this adversary proceeding. The committee has the right to present any witness that may be called at trial, provide briefing and argument during the adversary proceeding trial, participate in any mediation, and participate in post-trial briefing and argument.

5.	The parties shall serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1), made applicable by Fed. R. Bankr. P. 7026, by no later than no later than November 19, 2021. Any extension to the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown.

6.	The parties shall serve written discovery by electronic mail by no later than December 17, 2021.

7.	All written fact discovery shall be completed by February 14, 2022.

8.	All fact depositions shall be completed by February 28, 2022.

9.	The parties shall serve by electronic mail expert reports for any issue on which they bear the burden of proof by no later than March 14, 2022. Any expert report intended to rebut any other expert report, shall be served by electronic mail by no later than March 28, 2021, 2022. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B), made applicable by Fed. R. Bankr. P. 7026. All expert discovery shall be completed, and discovery shall close, by April 18, 2022.

10.	All dispositive motions shall be filed and served by no later than May 2, 2022 and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

11. The parties shall comply with the General Order Governing Pre-Trial Procedures in Adversary Proceeding Set for Trial Before Judge Christopher S. Sontchi. The Court shall conduct a pretrial conference on a date to be determined. The parties shall file their Joint Pre-Trial Memorandum approved by all counsel by no later than three (3) business days before the date set for the pretrial conference and shall contemporaneously deliver two (2) copies thereof to Judge Sontchi's chambers.

12. The Court will conduct a trial in this Adversary Proceeding on a date to be determined.

13. The Plaintiffs shall immediately notify Chambers upon the settlement, dismissal or other resolution of the Adversary Proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Plaintiffs shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiffs believe may suggest or necessitate the adjournment or other modification of the trial setting.

14. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

Dated: December 2nd, 2021  
Wilmington, Delaware

CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE